UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STERLING BROWN,           No. C 11-4736 YGR (PR)

    Petitioner,           **JUDGMENT**

   v.

G. SWARTHOUT, Warden,

    Respondent.
                               /

    The petition having been denied, the Court hereby enters judgment in favor of respondent. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED.**

DATED: May 7, 2013

                                             **YVONNE GONZALEZ ROGERS**
                                             **UNITED STATES DISTRICT COURT JUDGE**